**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: HOWELL, PHILIP GEORGE § Case No. 11-23704-KRM
      HOWELL, ANN M. §
       §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 30, 2011. The undersigned trustee was appointed on December 30, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     1,200.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 107.38 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 1,092.62 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/08/2012 and the deadline for filing governmental claims was 06/27/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $300.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $300.00, for a total compensation of $300.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $60.12, for total expenses of $60.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/29/2012        By:/s/Traci K. Stevenson
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-23704-KRM  **Trustee:** (290510) Traci K. Stevenson
**Case Name:** HOWELL, PHILIP GEORGE  **Filed (f) or Converted (c):** 12/30/11 (f)
HOWELL, ANN M.  **§341(a) Meeting Date:** 02/01/12
**Period Ending:** 11/29/12  **Claims Bar Date:** 05/08/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Homestead Real Property Physical Address: 3810 S | 115,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Rental Real Property Physical Address: 10620 SE | 75,000.00 | 0.00 | DA | 1,200.00 | FA |
| 3   Cash | 8.00 | 0.00 | DA | 0.00 | FA |
| 4   Wells Fargo Checking and Savings Accounts Saving | 25.00 | 0.00 | DA | 0.00 | FA |
| 5   Ocala Community Credit Union Checking and Saving | 130.00 | 0.00 | DA | 0.00 | FA |
| 6   3 Couches, 3 Chairs, Entertainment Center, 2 Tel | 700.00 | 0.00 | DA | 0.00 | FA |
| 7   Seminary Books, Plate Collections | 65.00 | 0.00 | DA | 0.00 | FA |
| 8   Personal Clothing | 50.00 | 0.00 | DA | 0.00 | FA |
| 9   Costume Jewlry, Wedding Rings | 60.00 | 0.00 | DA | 0.00 | FA |
| 10  38 Special, Shotgun, 22 Rifle, Swiss Army Knife, | 150.00 | 0.00 | DA | 0.00 | FA |
| 11  Husband and Wife have municipal retirement pensi | 0.00 | 0.00 | DA | 0.00 | FA |
| 12  Husband owns 100% stock in Arbor Plan Consulting | 0.00 | 0.00 | DA | 0.00 | FA |
| 13  2004 Toyota Tacoma 2 Door | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 14  2007 Honda Ridgeline RTL | 10,500.00 | 0.00 | DA | 0.00 | FA |
| 15  Desktop Computer 10 years old. | 20.00 | 0.00 | DA | 0.00 | FA |
| 16  2011 TAX REFUND (u) | 0.00 | 1,000.00 | | 0.00 | FA |
| 17  VOID | 0.00 | 0.00 | | 0.00 | FA |
| **17   Assets   Totals** (Excluding unknown values) | **$205,208.00** | **$1,000.00** | | **$1,200.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

filed NOS for equity (william Ballinger)January 10, 2012, 11:08 am (CL)// see em for 341 docs dld///ck ex. keeping h/st(TS)///req'd 2011R February 20, 2012, 03:34 pm (CL)////req'd 2011R 4/11/2012(CL)//filed compel 2011R   JQT7TRN8D9   June 27, 2012, 01:21 pm (CL)///sent refund release letter to IRS 07/24/12(CL)filed contempt MR4AL2MQFC 10/05/12(CL)withdrew contempt....debtors don't owe their refund to estate b/c of law...sent to close10/10/12(CL)

filed NOS for equity (william Ballinger)January 10, 2012, 11:08 am (CL)// see em for 341 docs dld///ck ex. keeping h/st(TS)///req'd 2011R February 20, 2012, 03:34 pm (CL)//filed compel 2011R   JQT7TRN8D9   June 27, 2012, 01:21 pm (CL)///sent refund release letter to IRS 07/24/12(CL)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-23704-KRM  
**Case Name:** HOWELL, PHILIP GEORGE  
HOWELL, ANN M.  
**Period Ending:** 11/29/12

**Trustee:** (290510) Traci K. Stevenson  
**Filed (f) or Converted (c):** 12/30/11 (f)  
**§341(a) Meeting Date:** 02/01/12  
**Claims Bar Date:** 05/08/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 1, 2013  
**Current Projected Date Of Final Report (TFR):** December 1, 2013

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-23704-KRM  
**Case Name:** HOWELL, PHILIP GEORGE  
              HOWELL, ANN M.  
**Taxpayer ID #:** **-***9395  
**Period Ending:** 11/29/12  

**Trustee:** Traci K. Stevenson (290510)  
**Bank Name:** Union Bank  
**Account:** ********21 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/12 | {2} | FEDERAL ASSET MANAGEMENT | SALE OF ASSETS | 1110-000 | 1,200.00 | | 1,200.00 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,197.54 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,195.08 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,192.62 |
| 07/06/12 | | Union Bank | Transfer to The Bank of New York Mellon | 9999-000 | | 1,192.62 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 1,200.00 | 1,200.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 1,192.62 |
| **Subtotal** | 1,200.00 | 7.38 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$1,200.00** | **$7.38** |

{} Asset reference(s)

Printed: 11/29/2012 07:42 PM    V.13.04

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-23704-KRM  
**Case Name:** HOWELL, PHILIP GEORGE  
HOWELL, ANN M.  
**Taxpayer ID #:** **-***9395  
**Period Ending:** 11/29/12

**Trustee:** Traci K. Stevenson (290510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******65-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/06/12 | | The Bank of New York Mellon | Transfer from Union Bank | 9999-000 | 1,192.62 | | 1,192.62 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,167.62 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,142.62 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,117.62 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,092.62 |
| | | | **ACCOUNT TOTALS** | | 1,192.62 | 100.00 | $1,092.62 |
| | | | Less: Bank Transfers | | 1,192.62 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 100.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $100.00 | |

Net Receipts :   1,200.00  
Net Estate :   $1,200.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********21** | 1,200.00 | 7.38 | 0.00 |
| **Checking # 9200-******65-66** | 0.00 | 100.00 | 1,092.62 |
| | $1,200.00 | $107.38 | $1,092.62 |

{} Asset reference(s)

Printed: 11/29/2012 07:42 PM   V.13.04

# EXHIBIT C

**Case: 11-23704-KRM     HOWELL, PHILIP GEORGE**

Claims Bar Date: 05/08/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Traci K. Stevenson<br>P.O. BOX 86690<br>Madeira Beach, FL 33738<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>12/30/11 | | $300.00<br>$300.00 | $0.00 | $300.00 |
| | Traci K. Stevenson<br>P.O. BOX 86690<br>Madeira Beach, FL 33738<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>12/30/11 | | $60.12<br>$60.12 | $0.00 | $60.12 |
| 1 -1 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/13/12 | 4833/7291 | $17,534.20<br>$17,534.20 | $0.00 | $17,534.20 |
| 2 -1 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>03/13/12 | 8396/3449 | $3,958.54<br>$3,958.54 | $0.00 | $3,958.54 |
| 3 -1 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/09/12 | 3024 | $1,067.11<br>$1,067.11 | $0.00 | $1,067.11 |
| 4 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/15/12 | 7881/LOWE'S | $3,246.24<br>$3,246.24 | $0.00 | $3,246.24 |
| 5 -1 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/15/12 | 0903 SAM'S CLUB | $7,472.84<br>$7,472.84 | $0.00 | $7,472.84 |
| 6 -1 | PYOD, LLC<br>PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/08/12 | 9130 | $626.22<br>$626.22 | $0.00 | $626.22 |

# EXHIBIT C

**Case: 11-23704-KRM**     **HOWELL, PHILIP GEORGE**

Claims Bar Date: 05/08/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 -1 | Capital One, N.A. | Unsecured | | $1,352.73 | $0.00 | $1,352.73 |
| | c/o Bass & Associates, P.C. | 07/09/12 | | $1,352.73 | | |
| | 3936 E. Ft. Lowell Road, Suite #200 | | | | | |
| | Tucson, AZ 85712 | | | | | |
| | <7200-00  Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$35,618.00** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-23704-KRM  
Case Name: HOWELL, PHILIP GEORGE  
Trustee Name: Traci K. Stevenson

**Balance on hand:** $ 1,092.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 1,092.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Traci K. Stevenson | 300.00 | 0.00 | 300.00 |
| Trustee, Expenses - Traci K. Stevenson | 60.12 | 0.00 | 60.12 |

Total to be paid for chapter 7 administration expenses: $ 360.12  
Remaining balance: $ 732.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 732.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00  
Remaining balance: $ 732.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 33,905.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -1 | FIA Card Services, N.A. | 17,534.20 | 0.00 | 378.82 |
| 2 -1 | FIA Card Services, N.A. | 3,958.54 | 0.00 | 85.52 |
| 3 -1 | Dell Financial Services L.L.C. | 1,067.11 | 0.00 | 23.05 |
| 4 -1 | GE Capital Retail Bank | 3,246.24 | 0.00 | 70.13 |
| 5 -1 | GE Capital Retail Bank | 7,472.84 | 0.00 | 161.45 |
| 6 -1 | PYOD, LLC | 626.22 | 0.00 | 13.53 |

Total to be paid for timely general unsecured claims: $ 732.50
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,352.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 -1 | Capital One, N.A. | 1,352.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**